UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah D. Anderson,                      Civil 06-4270 ADM/FLN

    Plaintiff,

v.                                       O R D E R

Michael J. Astrue, Commissioner
of Social Security,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 7, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment is DENIED [#10] and

2. Defendant's motion for summary judgment is GRANTED [#18].

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 8, 2008.                      s/Ann D. Montgomery
                                                        _____
                                                        JUDGE ANN D. MONTGOMERY
                                                         United States District Court